IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|       Plaintiff, | ) ) ) | |
| v. | ) ) ) | Court No. 23-105 |
| LEXJET, LLC, ABAQA, LLC, BRAND MANAGEMENT GROUP, LLC, S-ONE, NEVADA, LLC, and S-ONE HOLDINGS CORPORATION, | ) ) ) ) ) ) ) | |
|       Defendants. | ) | |

## **JURY DEMAND**

Pursuant to Rule 38 of the Rules of the Court of International Trade, the United States, by and through its undersigned attorneys, respectfully submits this jury demand on all issues of fact, including the quantum of penalties owed.

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

FRANKLIN E. WHITE, Jr.
Assistant Director

*/s/ William Kanellis*
WILLIAM KANELLIS
ASHLEY AKERS
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Suite 10000
Washington, D.C. 20009
202 532 5749

OF COUNSEL:
BAYLEIGH PETTIGREW
Attorney
U.S. Customs and Border Protection
Office of the Associate Chief Counsel
One World Trade Center, Suite 1200
Long Beach, CA 90831

May 15, 2023

*Attorneys for Plaintiff*