UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,** | |
| Plaintiff, | **Before: Claire R. Kelly, Judge** |
| v. | |
| **LEXJET, LLC, ET AL.,** | **Court No. 23-00105** |
| Defendants. | |

**ORDER**

Upon consideration of Plaintiff's motion to stay proceedings in this action, see ECF No. 36, and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that these proceedings are stayed until Congress appropriates funds for the Department of Justice to continue its work; and it is further

**ORDERED** that, no later than seven business days after the date on which Congress appropriates funds for the Department of Justice, Plaintiffs' counsel shall file a joint status report requesting revised deadlines with the Court.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: October 2, 2025
       New York, New York