IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE CLAIRE R. KELLY, JUDGE
_____

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEXJET, LLC, | : | Court No. 23-00105 |
| ABAQA, LLC, | : | |
| BRAND MANAGEMENT GROUP, LLC, | : | |
| S-ONE, NEVADA, LLC, and | : | |
| S-ONE HOLDINGS CORPORATION, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF APPROPRIATIONS

Pursuant to the Government's October 1, 2025 motion to stay (ECF No. 36), the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of today, November 13, 2025.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

    FRANKLIN E. WHITE, JR.
    Assistant Director

    /s/ Collin T. Mathias
    AN HOANG
    COLLIN T. MATHIAS
    Trial Attorneys
    Commercial Litigation Branch
    Civil Division

                                                Department of Justice
                                                P.O. Box 480
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                (202) 616-3226
                                                An.Hoang@usdoj.gov

November 13, 2025                         *Attorneys for Plaintiff*